IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JACKIE LYNN COOPER, | ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:06-0534 |
| PHILLSBURY/General Mills, Inc., | ) ) ) | JUDGE HAYNES |
| Defendant. | ) | |

## O R D E R

Based upon parties' stipulation of dismissal (Docket Entry No. 33), this action is **DISMISSED** with prejudice. Each party shall bear their own costs in this action.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 3rd day of June, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge